IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-1992-CMA-KMT

SILVANA PAJOR FLORES,

     Plaintiff,

vs.

AMERICAN INCOME LIFE INCOME LIFE INSURANCE COMPANY &
XAVIER INC.,

     Defendants.

---

## DEFENDANT AMERICAN INCOME LIFE'S
## ANSWER TO AMENDED COMPLAINT

---

     Defendant American Income Life Insurance Company ("American Income Life"), by and through its attorneys, Holland & Hart LLP, in answer to the Amended Complaint and Jury Demand of Plaintiff Silvana Pajor Flores (Dkt. No. 6) ("the Amended Complaint"), admits, denies, and states as follows:

### ANSWER TO ALLEGATIONS CONCERNING JURISDICTION AND VENUE

     1.    Answering paragraph 1 of the Amended Complaint, American Income Life admits that Plaintiff purports to allege claims under the cited statutes, but denies that it violated such statutes or that Plaintiff is entitled to any relief.

     2.    Answering paragraph 2 of the Amended Complaint, American Income Life admits that this Court has federal question jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. §1331 and 42 U.S.C. §2000e-5, and supplemental jurisdiction over Plaintiff's state claims under 28 U.S.C. §1367, but denies the remaining allegations therein.

3.      Answering paragraph 3 of the Amended Complaint, American Income Life admits that it does business in the State of Colorado and that this Court has personal jurisdiction over it in this matter, but denies the remaining allegations therein.

4.      Answering paragraph 4 of the Amended Complaint, American Income Life admits that venue is proper in this District, but denies the remaining allegations therein.

5.      Answering paragraph 5 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life further denies that Defendant Xavier, Inc. is, in fact, a "d/b/a" of American Income Life.

### ANSWER TO ALLEGATIONS CONCERNING EXHAUSTION OF ADMINISTRATIVE REMEDIES

6.      Answering paragraph 6 of the Amended Complaint, American Income Life denies the allegations contained therein, and in particular, those with respect to Defendant American Income Life.

### ANSWER TO ALLEGATIONS CONCERNING PARTIES

7.      Answering paragraph 7 of the Amended Complaint, American Income Life admits that Plaintiff is a female, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 7 of the Amended Complaint, and therefore, denies such allegations.

8.      Answering paragraph 8 of the Amended Complaint, American Income Life admits that it is an insurance company incorporated in Indiana and that it is engaged in the business of offering for sale and selling, through agents, certain life insurance products. American Income Life further admits that its registered agent for purposes of service of process in Colorado is the Division of Insurance, 1560 Broadway, Denver, Colorado 80202.  American Income Life denies the remaining allegations of paragraph 8 of the Amended Complaint.

### ANSWER TO GENERAL ALLEGATIONS

9.     Answering paragraph 9 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 8 of this Answer.

10.     Answering paragraph 10 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.

11.     Answering paragraph 11 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff.

12.     Answering paragraph 12 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff.

13.     Answering paragraph 13 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

14.     Answering paragraph 14 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

15.     Answering paragraph 15 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or discriminated against her in any way.

16.     Answering paragraph 16 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

17.     Answering paragraph 17 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

18.     Answering paragraph 18 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

19.     Answering paragraph 19 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

20.     Answering paragraph 20 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

21.     Answering paragraph 21 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

22.     Answering paragraph 22 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

23.     Answering paragraph 23 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

24.     Answering paragraph 24 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or that any employees of American Income Life made any such statements to Plaintiff.

25.     Answering paragraph 25 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

26.     Answering paragraph 26 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

27.     Answering paragraph 27 of the Amended Complaint, American Income Life denies that any of its employees stated that "Nebraska can be just as good as Kansas."  American Income Life is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein, and therefore, denies such allegations.

28.     Answering paragraph 28 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

29.     Answering paragraph 29 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

30.     Answering paragraph 30 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

31.     Answering paragraph 31 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

32.     Answering paragraph 32 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or that any employees of American Income Life made any such statements to Plaintiff.

33.     Answering paragraph 33 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

34.     Answering paragraph 34 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff.

35.     Answering paragraph 35 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

36.     Answering paragraph 36 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

37.     Answering paragraph 37 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

38.     Answering paragraph 38 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff, discriminated or retaliated against her, or constructively discharged her.

**ANSWER TO FIRST CLAIM FOR RELIEF**
**(EMPLOYMENT DISCRIMINATION ON THE BASIS OF NATIONAL**
**ORIGIN/ANCESTRY IN VIOLATION OF TITLE VII)**

39.     Answering paragraph 39 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 38 of this Answer.

40.     Answering paragraph 40 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

41.     Answering paragraph 41 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations

contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

42.     Answering paragraph 42 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

43.     Answering paragraph 43 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

44.     Answering paragraph 44 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

45.     Answering paragraph 45 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

46.     Answering paragraph 46 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff, knew or should have known about any alleged harassment, or had a duty to take corrective or preventative action.

47.     Answering paragraph 47 of the Amended Complaint, as to any alleged actions of Defendant American Income Life, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.  As to any alleged actions of

Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

48.      Answering paragraph 48 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.

49.      Answering paragraph 49 of the Amended Complaint, American Income Life denies the allegations contained therein.

**ANSWER TO SECOND CLAIM FOR RELIEF**
**(EMPLOYMENT DISCRIMINATION ON THE BASIS OF SEX**
**IN VIOLATION OF TITLE VII)**

50.      Answering paragraph 50 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 49 of this Answer.

51.      Answering paragraph 51 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff.

52.      Answering paragraph 52 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

53.      Answering paragraph 53 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

54.     Answering paragraph 54 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

55.     Answering paragraph 55 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

56.     Answering paragraph 56 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

57.     Answering paragraph 57 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff, knew or should have known about any alleged harassment, or had a duty to take corrective or preventative action.

58.     Answering paragraph 58 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

59.     Answering paragraph 59 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.

60.     Answering paragraph 60 of the Amended Complaint, American Income Life denies the allegations contained therein.

**ANSWER TO THIRD CLAIM FOR RELIEF**
**(INTENTIONAL SEX-BASED WAGE DISCRIMINATION UNDER THE EQUAL PAY ACT OF 1963 AND THE LILLY LEDBETTER [SIC] FAIR PAY ACT OF 2009)**

61.    Answering paragraph 61 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 60 of this Answer.

**ANSWER TO FOURTH CLAIM FOR RELIEF**
**(EMPLOYMENT DISCRIMINATION ON THE BASIS OF DISABILITY IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT)**

62.    Answering paragraph 62 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 61 of this Answer.

63.    Answering paragraph 63 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

64.    Answering paragraph 64 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

65.    Answering paragraph 65 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

66.    Answering paragraph 66 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein.

American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

67.     Answering paragraph 67 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

68.     Answering paragraph 68 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

69.     Answering paragraph 69 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

70.     Answering paragraph 70 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

71.     Answering paragraph 71 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

72.     Answering paragraph 72 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff, knew or should have known about any alleged harassment, or had a duty to take corrective or preventative action.

73.     Answering paragraph 73 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

74.     Answering paragraph 74 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.

75.     Answering paragraph 75 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

76.     Answering paragraph 76 of the Amended Complaint, American Income Life denies the allegations contained therein.

**ANSWER TO FIFTH CLAIM FOR RELIEF**
**(EMPLOYMENT DISCRIMINATION ON THE BASIS OF**
**NATIONAL ORIGIN/ANCESTRY IN VIOLATION OF C.R.S. §24-34-402)**

77.     Answering paragraph 77 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 76 of this Answer.

78.     Answering paragraph 78 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

79.     Answering paragraph 79 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

80.     Answering paragraph 80 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

81.     Answering paragraph 81 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

82.     Answering paragraph 82 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

83.     Answering paragraph 83 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

84.     Answering paragraph 84 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff, knew or should have known about any alleged harassment, or had a duty to take corrective or preventative action.

85.     Answering paragraph 85 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

86.     Answering paragraph 86 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.

87.     Answering paragraph 87 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

88.     Answering paragraph 88 of the Amended Complaint, American Income Life denies the allegations contained therein.

**ANSWER TO SIXTH CLAIM FOR RELIEF**
**(EMPLOYMENT DISCRIMINATION ON THE BASIS OF SEX**
**IN VIOLATION OF C.R.S. §24-34-402)**

89.     Answering paragraph 89 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 88 of this Answer.

90.     Answering paragraph 90 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff.

91.     Answering paragraph 91 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

92.     Answering paragraph 92 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.

93.     Answering paragraph 93 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

94.     Answering paragraph 94 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

95.     Answering paragraph 95 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

96.     Answering paragraph 96 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff, knew or should have known about any alleged harassment, or had a duty to take corrective or preventative action.

97.     Answering paragraph 97 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

98.     Answering paragraph 98 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.

99.     Answering paragraph 99 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

100.     Answering paragraph 100 of the Amended Complaint, American Income Life denies the allegations contained therein.

### ANSWER TO SEVENTH CLAIM FOR RELIEF
### (EMPLOYMENT DISCRIMINATION ON THE BASIS OF DISABILITY
### IN VIOLATION OF C.R.S. §24-34-402)

101.    Answering paragraph 101 of the Amended Complaint, American Income Life incorporates its responses to the allegations contained in paragraphs 1 through 100 of this Answer.

102.    Answering paragraph 102 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

103.    Answering paragraph 103 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

104.    Answering paragraph 104 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

105.    Answering paragraph 105 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is

without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

106.     Answering paragraph 106 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

107.     Answering paragraph 107 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

108.     Answering paragraph 108 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

109.     Answering paragraph 109 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

110.     Answering paragraph 110 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.

111.    Answering paragraph 111 of the Amended Complaint, American Income Life is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein, and therefore, denies such allegations.  American Income Life denies that it employed Plaintiff, knew or should have known about any alleged harassment, or had a duty to take corrective or preventative action.

112.    Answering paragraph 112 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations..

113.    Answering paragraph 113 of the Amended Complaint, American Income Life denies the allegations contained therein.  American Income Life denies that it employed Plaintiff.

114.    Answering paragraph 114 of the Amended Complaint, as to any alleged actions of American Income Life, American Income Life denies the allegations contained therein. American Income Life denies that it employed Plaintiff or made any employment decisions with respect to her.  As to any alleged actions of Defendant Xavier, Inc., American Income Life is without sufficient information or knowledge as the allegations contained therein, and therefore, denies such allegations.

115.    Answering paragraph 115 of the Amended Complaint, American Income Life denies the allegations contained therein.

116.    American Income Life denies any and all allegations of the Amended Complaint not specifically admitted herein.

## ANSWER TO PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the relief requested in the Prayer for Relief, including subparagraphs 1 through 11 thereof.

## AFFIRMATIVE DEFENSES

1.      Plaintiff's Amended Complaint fails to state a claim upon which relief can be granted.

2.      American Income Life was not Plaintiff's employer and cannot be held responsible for the actions of others, including but not limited to Defendant Xavier, Inc. or its agents.

3.      All actions taken by or attributable to American Income Life with respect to Plaintiff's employment were for legitimate non-discriminatory reasons.

4.      Plaintiff failed to exhaust her administrative remedies by filing a timely charge of discrimination against American Income Life.  Alternatively, to the extent that Plaintiff did file a timely charge of discrimination against American Income Life, such filing was not effective, as American Income Life did not receive notice of such charge.  Such charge was responded to by Defendant Xavier, Inc. without American Income Life's knowledge and without authority from American Income Life.

5.      Plaintiff's claims are barred by the applicable statute of limitations or filing periods.

6.      Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, or laches.

7.      Plaintiff's claims ae barred, in whole or in part, by her own conduct.

8.      Plaintiff has failed to mitigate her damages, if any.

9.     Any damages claimed by Plaintiff should be reduced or set off by income from other sources.

10.    Plaintiff's claims for punitive damages are barred, in whole or in part, by the U.S. and Colorado Constitutions, and the *Kolstad* doctrine.  Such damages cannot be awarded on a theory of respondeat superior.

11.    Plaintiff's claims for exemplary and/or punitive damages are barred because American Income Life has not engaged in any conduct with malice, reckless indifference, or with willful disregard for Plaintiff's rights.

## ADDITIONAL DEFENSES

American Income Life reserves the right to assert additional defenses as discovery proceeds.

WHEREFORE, Defendant American Income Life Insurance Company requests that Plaintiff's Amended Complaint be dismissed and that Plaintiff recover nothing thereby; that it be awarded its attorneys' fees and costs; and that the Court grant such other and further relief as it deems just.

Date:  September 26, 2016.

Respectfully submitted,

*s/ Micah D. Dawson*
Jeffrey T. Johnson, #10224
Micah D. Dawson, #48263
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Tel:  303-295-8019/303-295-8236
Fax:  303-713-6202/303-957-2220
jjohnson@hollandhart.com
mddawson@hollandhart.com
**ATTORNEYS FOR DEFENDANT AMERICAN INCOME LIFE INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2016, I have caused to be electronically filed the

foregoing with the Clerk of Court using CM/ECF system, which will send notification of such

filing to the following:

Eric Collofello
Maria Ruskiewicz
2851 S. Parker Rd, Ste 410
Aurora, CO 80014
ericcoloradolaw@gmail.com
mariacolorado@gmail.com

David H. Stacy
Stacy & Associates, LLC
7887 E. Belleview Ave., Suite 1100
Denver CO 80111
dstacy@stacy-law.com

*s/ Micah D. Dawson*

9094405_3