1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3   Case No. 16-CV-1992-KMT
 4   SILVANA PAJOR FLORES,
 5            Plaintiff,
 6   vs.
 7   AMERICAN INCOME LIFE INSURANCE COMPANY and XAVIER,
     INC.,
 8            Defendants.
 9   _____
10               DEPOSITION OF JESUS CRUZ NAVARRO
                         April 8, 2017
11   _____
12
     APPEARANCES:
13
     FOR THE PLAINTIFF:        MARIA RUSKIEWICZ, ESQ.
14                             2851 So. Parker Road
                               Suite 410
15                             Aurora, CO  80014
                               attorneymariacolorado@gmail.com
16
     FOR THE DEFENDANT,        MICAH D. DAWSON, ESQ.
17   AMERICAN INCOME LIFE      Holland & Hart, LLP
     INSURANCE COMPANY:        555 Seventeenth Street
18                             Suite 3200
                               Denver, CO 80202
19                             mddawson@hollandhart.com
20   FOR THE DEFENDANT,        DAVID H. STACY, ESQ.
     XAVIER, INC.:             Stacy & Associates, LLC
21                             7887 E. Belleview Avenue
                               Suite 1100
22                             Denver, CO  80111
                               dstacy@stacylaw.com
23
     ALSO PRESENT:             Christina Gomes
24
25
```

CARPENTER REPORTING, INC.
(303)752-1200



```
 1          A    I received a 1099 form.
 2          Q    Was Richard Correa Agency on that 1099?
 3          A    I cannot recall.
 4          Q    Was Richard Correa on that 1099?
 5          A    I can't recall.
 6          Q    Are you familiar with Xavier,
 7   Incorporated?
 8          A    I never heard of them.
 9          Q    Are you familiar with the homework
10   schedule?  A homework document?
11          A    Never heard of homework.
12          Q    Okay.  Do you know what a recruiting
13   bank -- did you have to recruit during your employment?
14          A    With the SA contract, like I said, I was
15   trying to get out of the field.  That was my
16   responsibility, how many people I had under me.
17          Q    How did you recruit?  How did you know
18   who to call for recruitment?
19               MR. DAWSON:  Objection.  Asked and
20   answered.
21               MR. STACY:  Join.
22          Q    (BY MS. RUSKIEWICZ)  So you had your
23   clients and then you also had people you had to
24   recruit; correct?
25          A    Right.
```