IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-CV-01992-CMA-KMT

Silvana Pajor Flores

    Plaintiff,

v.

American Income Life Insurance Company and
Xavier Inc.

    Defendants,

---

**PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT PUBLIC ACCESS ON PRIOR FILINGS PURSUANT TO D.C.COLO.CivR 7.2 & COURT ORDERS**

---

CERTIFICATION – DUTY TO CONFER

    Counsel for the moving party certifies that, before filing this motion, she has conferred pursuant to D.C.Colo.LCivR 7.1(A) with counsel for the opposing party in good faith and to her knowledge the responses carry to no objection from Xavier Inc. and unknown from American Income Life Insurance Company.

Silvana Pajor Flores ("Plaintiff"), by and through counsel, Attorney Maria Ruskiewicz, moves the Court for permission to restrict public access to prior filings that have been held as restricted and as grounds therefore states as follows pursuant to D.C.COLO.CivR 7.2:

1. The Plaintiff would like to restrict from public access:  Document #53 (1-11) and #59(1).
    2. The interest to be protected is interest of identity and financial safety of the Plaintiff and American Income Life Incorporation and Xavier Incorporation trade and operating procedures that outweighs the presumption of public interest;
    3. The clearly defined and serious injury that would result if access is not restricted are

      identity fraud or theft, financial harm through credit fraud, breach of attorney client privilege and other frauds that can occur with social security numbers and pertinent information with work history for credit, housing, criminal intent or other;

4. There is no alternative to restriction that is practicable because the documents filed clearly have personal information that should be protected such as social security numbers, dates of birth, current and past employment history with name and addresses of prior employment allowing anyone to duplicate this information for criminal or civil fraud.

For the above reasons this motion should be granted.

DATED this June 29, 2017

*s/ Maria Ruskiewicz*
Maria Ruskiewicz #43919
2851 S. Parker Rd, Ste. 410
Aurora, CO 80014
Telephone: 303-481-4405
Fax: 303-952-6562
Email: attorneymariacolorado@gmail.com
ATTORNEY FOR PLAINTIFF