# EXHIBIT K

Penny Reese                                         April 21, 2017

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF COLORADO


SILVANA PAJOR-FLORES,         *
         Plaintiff,           *
                              *
VS.                           *    Civil Action No.
                              *    16-cv-1992-CMA-KMT
AMERICAN INCOME INSURANCE     *
COMPANY AND XAVIER, INC.      *
         Defendants.          *
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL DEPOSITION OF PENNY REESE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANSWERS AND DEPOSITION OF PENNY REESE, produced as a witness at the instance of the Plaintiff, taken in the above-styled and numbered cause on the 21st day of April, 2017, A.D., beginning at 11:25 a.m., before Rachel J. Payne, a Certified Shorthand Reporter in and for the State of Texas, in the offices of American Income Life, located at 1200 Wooded Acres Drive, Waco, Texas, in accordance with the Rules of Civil Procedure and the agreement hereinafter set forth.

Penny Reese                                                      April 21, 2017

Page 12

1   Incorporated?

2       A.   Not until I looked at the complaint.

3       Q.   Okay.  One moment.  All right.  Are you

4   familiar with producing agent all the way to the top and

5   the promotions that they can have throughout their

6   career with American Income Life?

7       A.   I'm aware of the different contracts that we

8   have available.

9       Q.   What type of contracts does American Income

10  Life have available?

11      A.   Agent contract, supervising agent, general

12  agent, regional general agent, state general agent.

13      Q.   Can there be more than one state general agent

14  in a territory?

15      A.   Do you mean within a state?

16      Q.   Correct.

17      A.   There can be.

18      Q.   Has there been in the last 20 years?

19      A.   I don't know.  If you're asking as it relates

20  to Colorado, I don't remember if there was multiple.

21  Other states do have multiple state general agents.

22      Q.   Can you define territory for American Income

23  Life?

24      A.   Well, the agent has to be licensed where

25  they're selling.

Penny Reese                                                      April 21, 2017

Page 21

1  mean, if you were asking for specifics by policy, then,

2  you know, you'd have -- you'd have to have like the

3  commission schedule that showed what different policies

4  get what.

5      Q.  Okay.

6      A.  Commissions on A&H are less than life.  As I

7  indicated, first year commissions are usually higher

8  than any subsequent year.  They're usually drastically

9  reduced after the first year.

10     Q.  So Silvana Pajor-Flores is a plaintiff in this

11 matter and she's been requesting copy of her

12 commissions, payments or anything that she can base any

13 calculations on.

14          MR. DAWSON:  They have been produced per

15 your request, all AMP and ledger.

16     Q.  (BY MS. RUSKIEWICZ)  Are you familiar with

17 American Income Life E-App?

18     A.  Yeah.  I'm familiar -- I haven't done E-App and

19 I haven't seen most of it, but, yes, that is how we

20 receive commission -- that's how we receive

21 applications.

22     Q.  Okay.  The E-App, what type of -- for example,

23 what type of stuff is on the E-App if an agent logs on,

24 what can they see?

25     A.  Well, it's for the completion of applications

Penny Reese                                                April 21, 2017

Page 22

1   and applications have to be approved by the state as to
2   what you can ask and all that, and so it is the software
3   that contains those applications.
4        Q.  Is it approved by the agent state on where
5   they're selling or by the state that offers the E-App?
6        A.  I --
7        Q.  So for example --
8        A.  The E-Application is just an electronic
9   software that we created that has the applications that
10  the states approved.
11       Q.  Okay.  And when the agent logs in, is this
12  where the leads can be found or how does American Income
13  Life get leads?
14       A.  Well, I've told you how the company gets leads.
15  Those leads are sold to the state general agent, and
16  then the state general agent does with them what he
17  wants to, gives them to agents or whatever.
18       Q.  Do you sell the same leads to two state general
19  agents?
20       A.  No.  They send a -- they send the link to one
21  state general agent.
22       Q.  And they send -- American Income Life sends
23  leads to one state general agent based on where those
24  leads are from, correct?
25       A.  Yes, but you could have a person that, from

Penny Reese                                                              April 21, 2017

Page 23

1  multiple sources, completes lead cards.  In other words,
2  we don't send the same lead card to multiple state
3  general agents, but you could have one person that
4  completed leads from different sources.
5       Q.  How does -- wouldn't that be a different lead
6  at that point?
7       A.  Yeah, it would be a different lead.
8       Q.  How does American Income Life get the leads?
9           MR. DAWSON:  Objection, asked and answered.
10      A.  Well, I've told you about contacting the union.
11 There can be multiple ways, so I'm just going to talk
12 about union ways.
13      Q.  (BY MS. RUSKIEWICZ)  Sure.
14      A.  Because there could be different types of leads
15 but for union lead, let's say that we have contacted
16 union.  They agree to have their members contacted.
17 There's usually a mailing that goes out.  Many times
18 it's provided to the union and then the union sends it
19 out.  And then there's lead cards, sometimes lead cards
20 are in the mailing, sometimes it's in a publication, but
21 the cards are sent back or electronically entered and
22 that's how we get them.  And then electronically,
23 they're sent to the state general agent and sold to the
24 state general agent.
25      Q.  What electronic base are they entered into, the

Penny Reese                                                    April 21, 2017

Page 61

1  of companies as far as insurance sales.  She could do
2  any other work, it wouldn't matter, but as far as
3  insurance sales, her agreement was that while she was
4  contracted with the company, she would only sell with
5  the Torchmark group of companies.
6       Q.  Does American Income Life here determine who is
7  hired and who is fired for agents?
8       A.  No.  We get the setup kits from the state
9  general agent who determines who he would wish to have
10 within his hierarchy and as far as -- and normally the
11 state general agent is the one who notifies us of any
12 termination of contract.
13      Q.  Okay.  I had asked you a question earlier about
14 what factors go into determining promotions and I think
15 one of the answers was it's a higher up executive
16 decision.
17          So does American Income Life have to sign
18 off on the contracts before the SGA can hire the agent?
19          MR. DAWSON:  Objection, misstates earlier
20 testimony.
21      A.  The state general agent submits the setup kits
22 of the persons that he wants to have within his
23 hierarchy.
24      Q.  (BY MS. RUSKIEWICZ)  Okay.
25      A.  Okay.  When -- and barring -- I don't know of

Penny Reese                                                           April 21, 2017

```
                                                                 Page 68
 1        A.   But the commission is based on the premium --
 2        Q.   Okay.
 3        A.   -- that's being paid.
 4        Q.   Can the agent adjust the premium, such as a
 5   general agent?
 6        A.   Adjust the premium?
 7        Q.   Correct.
 8        A.   I thought that was what I just answered.
 9        Q.   You did.  My apologies.  When an agent makes a
10   sale and they -- they use the E-App program, correct?
11        A.   Uh-huh.
12        Q.   Okay.  Does the E-App program time from opening
13   to closure how much time that agent spent at a potential
14   policyholder's home, for example?
15        A.   I -- I don't know the answer to that.
16        Q.   Who would --
17        A.   I do know it puts a time stamp like when
18   they're -- when they're at the bottom, you can actually
19   see a time stamp on the application as to the time when
20   it was signed and dated.
21        Q.   Okay.  Who would have information about the
22   time spent with each policyholder from the E-App?
23        A.   You mean whether it times it?
24        Q.   Right.
25        A.   That would probably be Debbie Gamble.
```

Penny Reese                                                          April 21, 2017

Page 70

1   that American Income Life offers?
2        A.   I think there are suggested scripts, I -- I
3   haven't seen them --
4        Q.   Okay.
5        A.   -- in a long time.
6        Q.   Is there protocol for American Income Life to
7   have agents answer a telephone?
8        A.   I'm not sure I know what you mean.  Like when
9   they're setting appointments.
10       Q.   Sure.
11       A.   I think there are some suggested phone scripts.
12       Q.   And do you know when American Life first placed
13  those suggested scripts out?
14       A.   No, I don't.
15       Q.   When a policyholder -- when an agent first goes
16  to a potential policyholder's home, they have a laptop.
17  They open a laptop and is there a presentation that the
18  agent gives to that homeowner or to the person in the
19  house?
20       A.   There is software that has the applications on
21  it, and it does -- it does walk them through the
22  process, I think.
23       Q.   Okay.
24       A.   I have not seen those myself, so I can't
25  elaborate much more than that.

Penny Reese                                                              April 21, 2017

Page 94

1              MS. RUSKIEWICZ:  Okay.  Tab 28 as
2     Exhibit 16.
3              (Deposition Exhibit No. 16 marked.)
4        Q.   (BY MS. RUSKIEWICZ)  Let's turn to page --
5     Tab 29.  Have you seen this document before?
6        A.   Nope.
7              MS. RUSKIEWICZ:  Tab 29 is Exhibit 17.
8              (Deposition Exhibit No. 17 marked.)
9        Q.   (BY MS. RUSKIEWICZ)  Tab 30 -- and I'm sorry.
10    Ms. Reese, what -- what type of agent positions have you
11    held with American Income Life?  Did you start as a
12    production agent and work your way to the top?
13       A.   I've never been an agent.  I started in 1974 in
14    the claims department as mail clerk, and I've worked a
15    lot of different departments.  I've worked in
16    policyowner service.  I've worked -- for 17 years, I
17    worked in the claims department.  I've been in agency
18    administration since 2003.  I worked in the file room
19    when we used to have all paper documents.  I worked in
20    IT for awhile over a small group balancing things, you
21    know, what comes in, what comes out.  Anyway, just a lot
22    of different departments but I've never been an
23    independent contractor agent.
24       Q.   Thank you.  Tab 30, do you have knowledge of
25    the POS phone script, POS labs on Page 1?

Penny Reese                                                          April 21, 2017

Page 95

 1        A.   I mean, these are scripts.  I don't know if
 2   you're asking me if these are scripts that we approved,
 3   I don't know the answer to that.
 4        Q.   According to the contract, these must be
 5   approved, correct, these scripts?
 6        A.   They're supposed to -- if they're going to use
 7   a specific script, they do -- we do like -- and they're
 8   going to name the company in the script --
 9        Q.   Then this --
10        A.   If the company is named in the script, then
11   they should send it in.
12        Q.   If you turn to Line 1, you can see that the
13   company is named in this script?
14        A.   Uh-huh.  So this would be something that Rhonda
15   could tell you.
16        Q.   Okay.
17        A.   If this was a script that had been looked at
18   and reviewed.
19        Q.   All right.  Page 2, we have a hard -- card
20   phone script, and it, again, states American Income Life
21   in that script.  So according to the contract, would
22   this script also have to be approved by American Income
23   Life?
24        A.   Again, they do want to approve scripts if
25   they're going to write scripts or documents that they

1   want the company to look at them to make sure there's
2   nothing misrepresented, but I don't know if these are
3   scripts that have been approved, so...
4       Q.  And -- if we turn to Page 3 referral script for
5   -- referral phone script --
6       A.  That would be all the same.
7       Q.  -- child safe referral phone script?
8           MS. RUSKIEWICZ:  Okay.  Tab 30, Exhibit 18.
9           (Deposition Exhibit No. 18 marked.)
10      Q.  (BY MS. RUSKIEWICZ)  May we turn to Tab 31.  Do
11  you have knowledge of this document, not specifically
12  but just generally?
13      A.  No.
14      Q.  Okay.  And I'm -- it looks like there's a
15  recruiting script behind that one.  If we can take out
16  that recruiting script and put it under Tab 30 and may
17  we give the reporter a moment to do that as well.
18      A.  Now it still has something on the back.  Do you
19  know --
20          MR. DAWSON:  Do you have any single set
21  prints?  It printed weird.
22          MS. RUSKIEWICZ:  Oh.
23          MR. DAWSON:  Hold on.  What number was it
24  in the prior one?
25          MS. RUSKIEWICZ:  We got it.  We got the

Penny Reese                                                           April 21, 2017

Page 130

1  given to the general accounting department for the
2  actual payment of the bonus.
3       Q.  Does American Income Life have mandatory
4  meetings for agents such as webinars or training
5  sessions?
6       A.  There are no mandatory like meetings or
7  anything.  They do -- they do ask them to complete the
8  AML, the anti-money laundering training.
9       Q.  Okay.
10      A.  It's just a -- I think it's a link they can go
11 to.  And also oral specimen, there's a video where --
12 something they watch about -- collection of oral
13 specimens, I think that's a link also --
14      Q.  Okay.
15      A.  -- they go to.
16      Q.  Who is Richard Meshulam?
17      A.  Richard Meshulam, he is an executive with our
18 company and he deals primarily with retention.
19      Q.  Okay.
20      A.  I mean, you'll see his things related to
21 reinstating and conservation of business.
22      Q.  And he's a vice president of quality business?
23      A.  That sounds right.
24      Q.  Does he oversee the agents from SGA all the way
25 down to production agents?

 1      A.   Well, our contract is just with Richard Correa.
 2      Q.   (BY MS. RUSKIEWICZ)  Okay.  Does American
 3   Income Life offer health insurance benefits to agents?
 4      A.   No.
 5      Q.   What is GM -- if we turn two pages, yep.  In
 6   the top from -- kind of in the center to say
 7   GMBXAiros@AILife.com.  What is that e-mail from?
 8      A.   Well, what it's attached with is for record.
 9      Q.   And is it American Income Life forwarding to
10   Richard Correa information that's requested of a
11   policyholder?
12      A.   Yeah.  It says "We have received a request for
13   medical records from underwriting department, however in
14   order to obtain medical records we need to attached
15   authorization completed by the applicant."
16      Q.   And then, for example, Correa then has the
17   authority to forward that to any other agent or person
18   to accomplish that, correct?
19      A.   Well, it's just to get the authorization so
20   they can get the records.
21      Q.   Okay.
22      A.   From -- and the policyholder would be the one
23   who would have to sign it.
24      Q.   So American Income Life needed the policyholder
25   to sign an authorization for release of records

Penny Reese                                                                    April 21, 2017

Page 157

1    applicant -- that there is one and they need to get it
2    resolved.
3         Q.   Okay.
4         A.   We wouldn't be able too find out from vector
5    the nature of what they owed or who they owed it to.
6         Q.   On tab -- excuse me, Bates stamp 13, is this
7    the document in its entirety or is it chopped off or
8    scanned up too high.  Is there something missing, like a
9    header?
10        A.   No, I think that's -- I think that's it.
11        Q.   Okay.  Looks like Silvana Pajor-Flores had
12   signed up for stock -- strike that.  Strike that.
13                  Does American Income Life offer
14   reimbursement for health insurance to agents?
15        A.   The agents can be eligible for additional
16   commissions if they have health insurance.  It's part of
17   the collective bargaining agreement.  It's detailed in
18   that document what the requirements are.
19        Q.   Would it still apply to an agent who opted not
20   to be part of that union?
21        A.   I -- I think it -- yeah, it's cross the board.
22        Q.   And are agents offered stock options by
23   American Income Life?
24        A.   They aren't offered stock options.  They can
25   purchase stock.

Penny Reese                                              April 21, 2017

Page 174

1      Q.   Okay.

2      A.   But this same type of information is available

3   on the agent's product -- production and persistency

4   report.

5      Q.   AP & P --

6      A.   Yeah.

7      Q.   -- on the E-App?

8      A.   It's in -- well, no.  It's actually on that

9   agent -- it's not -- well, you did have a tab for agent

10  reports on there for the E-App when we were talking

11  about the deal and said "agent reports."

12     Q.   Yes.

13     A.   When the agent was active, that's where they

14  would get that.  And this type of information is

15  available to them on the agent's progress and

16  persistency report, which is part of the documents you

17  were given today.

18     Q.   Okay.

19     A.   It's in the lower right-hand corner.

20     Q.   And the -- is this like the report that

21  American Income Life provides on a quarterly basis to

22  the state general agent?

23     A.   Actually, it's a monthly report.

24     Q.   Okay.

25     A.   On the AP & P not this.  I don't know what this

Associated Court Reporters   P. O. Box 1247, Waco, TX  76703        254-753-3330

Penny Reese                                                April 21, 2017

Page 175

1   is.
2       Q.  Okay.
3       A.  Looks like it's taken from that, but it's
4   monthly and the agent gets it and the agent gets their
5   own, they can get it electronically while they're
6   active.
7       Q.  Okay.
8       A.  And the state general agent also gets for the
9   agents and for his own.
10      Q.  Is the state general agent directed to meet
11  with the agents progress report, the monthly report in
12  order to talk about minimum requirements or other?
13      A.  There's no requirement from us that they meet
14  with them.  I don't know what he -- what the agents
15  would do -- what the state general agents would do.
16      Q.  Do these monthly reports affect agents if
17  they're not making a good production or persistency
18  percentage?
19      A.  Well, if their retention rate falls low, it
20  could mean that they get less advance.
21      Q.  Okay.
22      A.  Or that they don't earn a bonus.
23      Q.  Okay.  What about production on the monthly
24  reports, does it affect anything for the agent?
25      A.  Well, obviously, if they don't have any

Associated Court Reporters   P. O. Box 1247, Waco, TX   76703           254-753-3330

Penny Reese                                          April 21, 2017

Page 186

1    try to prepare for how many rooms we're going to need at
2    convention, so we do some target -- you know, like if
3    you see will qualify -- will qualify, those are things
4    that -- this to me appears to be one where we were doing
5    ahead of time trying to look to see how many rooms are
6    we going to need who looks like they're going to be
7    close, that's what this looks like to me.
8              MS. RUSKIEWICZ:  May we enter Tab 47 as
9    Exhibit 34.
10             (Deposition Exhibit No. 34 marked.)
11       Q.  (BY MS. RUSKIEWICZ)  Tab 48 here, we have a
12   document, does this -- do you have knowledge of this
13   document, not this one in particular but in general.
14       A.  This looks like the company that does the stock
15   purchase plan.
16       Q.  Now, the company that does the stock purchase
17   plan, they do -- do so on behalf of American Income
18   Life, correct?
19       A.  They're a vendor.
20       Q.  Okay.  Now it says here in the title in the
21   upper center employee stock purchase plan.  Equity Plan
22   Solutions would only have authorization to present an
23   agent what is authorized by American Income Life,
24   correct?
25             MR. DAWSON:  Object to -- is that a